FILED

03/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0394

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0394

_____

DAN H. WOODARDS, JR.,

      Plaintiff and Appellant,

  v.

GARY WOODARDS, CAROL WOOD,
TERRI LASELL, BARBARA WOODARDS,
ESTATE OF DAN HOOVER WOODARDS,
SR., and ESTATE OF DORIS WOODARDS.

      Defendants and Appellees.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert J. Whelan, District Judge.

      For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 6 2024